UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.N., et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>New York City Department of Education, et al.,<br><br>Defendants. | 24-CV-04548 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As per my Order dated July 9, 2024 (ECF 9), an answer or otherwise response to the complaint was due on September 7, 2024. Defendants have not complied.

I am sua sponte extending the deadline for Defendants to answer or otherwise respond to the complaint nunc pro tunc until **Wednesday, September 18, 2024**.

DATED:  September 10, 2024
         New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge