UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.N., et al.,<br><br>                Plaintiffs,<br><br>-against-<br><br>New York City Department of Education et al.,<br><br>                Defendants. | 24-CV-04548 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendants' time to respond to the complaint is extended until December 17, 2024. I am unlikely to grant any further extensions.

DATED: October 18, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge