UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.N., et al.,<br><br>                      Plaintiffs,<br><br>-against-<br><br>New York City Department of Education, et al.,<br><br>                      Defendants. | 24-CV-04548 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 18, 2024 I granted Defendants' third request on consent for an extension of time to respond to Plaintiffs' complaint to allow Defendants time to conduct their internal settlement review process. (ECF 17.)

The parties are directed to file a joint letter regarding the status (not the substance) of settlement discussions no later than **November 18, 2024**.

DATED:  November 4, 2024
             New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge